# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150239

TOWNSHIP OF BROOKS,
          Plaintiff-Appellee,

v

JAMES R. HADLEY, JOHN J. JULIANUS
TRUST, ROBERT JULIANUS, MARY STEIN
RESTATED TRUST, MARY M. STEIN,
LESTER E. HALLBERG, CLAUDIA
HALLBERG, and ROY W. FORBES,
          Defendants-Appellants,
and

DAVID L. SHARP, ROGER L. STROVEN,
ROGER L. DEJONG, LUANNE DEJONG, JACK
JEFFERS, GEORGE S. HOFACKER, KAY M.
HOFACKER, MARIANNE GELUSO, SHARON
FLEENOR, JULIE WILSON, IRENE M.
GODLEWSKI TRUST, DANIEL
ROTHENTHALER, RICHARD LEONARD,
HARRIET LEONARD, THEODORE SENFT,
AMALIA SENFT, TED ROBINSON, SUSAN
ROBINSON, MARILYN ROBINSON, REX V.
ROBINSON, MARILYN M. ROBINSON,
THOMAS J. GOULD, KATHLEEN M. GOULD,
FRIEDA D. SCHNEIDER TRUST, THOMAS J.
SCHNEIDER, JAMES RYAN, HELEN G.
COOPER, THOMAS F. COOPER, WILLIAM
HAISMA, DONA L. BLACK, ROBERT
CROSCHERE, CHARLOTTE CROSCHERE,
THOMAS A. POSTMA, AMY M. POSTMA,
JOAN WALLACE, and FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
          Defendants.
_____/

SC: 150239
COA: 299409
Newaygo CC: 07-019180-CE

On order of the Court, the application for leave to appeal the September 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



s0513

Clerk